JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-4537

Attorneys for Plaintiff

FILED

2008 APR 18 P 1:37

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR-08-00256 RS |
| Plaintiff, | VIOLATIONS: 18 U.S.C. §13, assimilating California Penal Code 647(a) – Disorderly Conduct, Lewd Acts; 18 U.S.C. §13, assimilating California Penal Code §647(f) – Public Intoxication |
| vs. | |
| TRACY LAY, | |
| Defendant. | |

INFORMATION

The United States Attorney charges:

<u>COUNT ONE</u>: 18 U.S.C. §13, assimilating California Penal Code §647(a) – Disorderly Conduct, Lewd Acts;

On or about October 17, 2007, at the Hacienda Cocktail Lounge, Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

TRACY LAY,

did unlawfully engage in lewd and dissolute conduct in a public place and in a place open to the public, in violation of Title 18, United States Code, Section 13, assimilating California Penal Code Section 647(a), a Class B misdemeanor.

COUNT TWO: 18 U.S.C. §13, assimilating California Penal Code §647(f) – Public Intoxication;

On or about October 17, 2007, at the Hacienda Cocktail Lounge, Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

TRACY LAY,

was unlawfully in a public place under the influence of intoxicating liquor, in such a condition that she was unable to exercise care for her own safety or the safety of others and interfered with, obstructed, and prevented the free use of a street, sidewalk, or other public way, in violation of Title 18, United States Code, Section 13, assimilating California Penal Code Section 647(f), a Class B misdemeanor.

DATED: 4/17/08

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

Approved as to form: _____
Robert N. Michaels, SAUSA

2

CR-08 00253 RS

AO 257 (Rev. 9/92)

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Judge Location (City)
Northern District of California

FILED
2008 APR 18 P 1:31
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**OFFENSE CHARGED**
See attached

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

DEFENDANT -- U.S. vs.
TRACY LAY

Address: P-22B Javelin Court, Fort Hunter Liggett, CA 93928

Birth Date: (Optional unless a juvenile)

☐ Male  ☐ Alien
☑ Female  (if applicable)

Place of offense: Fort Hunter Liggett, CA
U.S.C. Citation: See attached sheet

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Robert N. Michaels, SAUSA

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
Northern District of California, FHL PD

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed: Mo. Day Year

DATE OF ARREST ▶
Or... if Arresting Agency & Warrant were not Federal
Mo. Day Year

DATE TRANSFERRED TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS: Summons for arraignment

To appear before Judge Lloyd on June 2, 2008 at 9:30 am.
US District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

## ATTACHMENT TO PENALTY SHEET
## U.S. v. LAY, TRACY

**COUNT ONE:** 18 USC Sec. 13 assimilating CPC 647(a) – Disorderly Conduct, Lewd Acts.

    Minimum Penalties: N/A

    Maximum Penalties:
    6 months imprisonment in the county jail
    $1,000 fine

**COUNT TWO:** 18 USC Sec. 13 assimilating CPC 647(f) – Public Intoxication.

    Minimum Penalties: N/A

    Maximum Penalties:
    6 months imprisonment in the county jail
    $1,000 fine